Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

(March 1, 2017 through March 31, 2017)

| | | |
|---|---|---|
| People v Abdul-Jaleel | 4th Dept: 142 AD3d 1296 (Monroe) | denied 3/6/17 (Stein, J.) |
| People v Alequin | 1st Dept: 146 AD3d 526 (NY) | denied 3/14/17 (Fahey, J.) |
| People v Alfonso | 2d Dept: 142 AD3d 1180 (Dutchess) | denied 3/22/17 (Stein, J.) |
| People v Algarin | 1st Dept: 146 AD3d 455 (Bronx) | denied 3/1/17 (Fahey, J.) |
| People v Arnie | 3d Dept: 146 AD3d 1082 (Ulster) | denied 3/17/17 (DiFiore, Ch. J.) |
| People v Artie | 3d Dept: 146 AD3d 1082 (Ulster) | denied 3/17/17 (DiFiore, Ch. J.) |
| People v Ayrhart | 4th Dept: 145 AD3d 1657 (Orleans) | denied 3/22/17 (Garcia, J.) |
| People v Baez | App Term, 1st Dept: 54 Misc 3d 134(A) (NY) | denied 3/27/17 (Stein, J.) |
| People v Barnes | 4th Dept: 140 AD3d 1714 (Niagara) | denied reconsideration 3/2/17 (Rivera, J.) |
| People v Baugh | 2d Dept: 145 AD3d 794 (Queens) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Baxter | 2d Dept: 140 AD3d 1180 (Rockland) | denied 3/2/17 (Rivera, J.) |
| People v Becraft | 4th Dept: 140 AD3d 1706 (Oneida) | denied 3/3/17 (Stein, J.) |
| People v Bethea | 2d Dept: 145 AD3d 738 (Kings) | denied 3/3/17 (Abdus-Salaam, J.) |
| People v Bhowan | 1st Dept: 146 AD3d 689 (Bronx) | denied 3/29/17 (Garcia, J.) |